# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1687
Lower Tribunal No. 2010-CF-010068-B-O

_____

TOMARIO D. JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Renee A. Roche, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


Tomario D. Johnson, Moore Haven, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED